FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/3/2015 11:22:16 AM
KEITH E. HOTTLE
Clerk

# EXHIBIT H

CAUSE NO. 2014-CV-0393

| | | |
|---|---|---|
| DAVID GOAD (Plaintiff(s)) | § | IN THE COUNTY COURT |
| VS. | § | AT LAW |
| ERIC STREY (Defendant(s)) | § | GUADALUPE COUNTY, TEXAS |
| | § | |

## ORDER GRANTING DEFENDANT ERIC STREY'S MOTION TO DISMISS

ON THIS DAY the Court considered Defendant Eric Strey's Motion to Dismiss. The Court having reviewed the Motion, the response of Plaintiff, evidence presented and arguments of the parties is of the opinion that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Plaintiff's lawsuit is DISMISSED for lack of subject matter jurisdiction. Any further relief requested by either party is denied. This is intended to be a final order.

Signed on this the _18th_ day of February, 2015.

_____
Honorable Judge Presiding